**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:04CR595-6** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Judge John M. Manos** |
| | ) | |
| **ANDRES HATZILOULOUDES,** | ) | |
| | ) | |
| **Defendant.** | ) | **ORDER** |

Pursuant to the Memorandum of Opinion filed in the above-captioned case, the Motion to Re-Admit to Bond and Allow Pretrial Release (Docket No. 253) is **GRANTED**. The Defendant shall be released on a $25,000 corporate surety bond and a $50,000 personal surety bond.

**IT IS SO ORDERED**

**Date: May 4, 2005**     /s/ *John M. Manos*
     **UNITED STATES DISTRICT JUDGE**